**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adam Nathan Delong                    CHAPTER 13
       Kira Marie Delong
          <u>Debtor(s)</u>                    BKY. NO. 22-13446 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                    Respectfully submitted,

          /s/ *Michael Farrington*
          Michael Farrington
          09 Jan 2023, 09:33:29, EST

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322