**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Adam Nathan Delong and Kira Marie Delong** | **Case # 22-13446-PMM** |
| **Debtors** | **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 26th day of January, 2023, a true and correct copy of the 1st Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Michael Patrick Farrington, Esquire
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106
mfarrington@kmllawgroup.com

John Deere Financial, f.s.b.
PO Box 6600
Johnston, IA 50131

Rocket Mortgage, LLC
635 Woodward Ave
Detroit, MI 48226

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

US Dept of Education c/o NelNet
121 South 13th St
Lincoln, NE 68508

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102