UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM DELONG and KIRA DELONG, | * | CHAPTER 13 |
| | * | |
| Debtors. | * | CASE NO.: 22-13446 |
| | * | |
| | * | PROOF OF CLAIM 8-1 |

## MOTION TO REDACT PROOF OF CLAIM NO. 8-1

**COMES NOW**, The Business Backer, a creditor in the Debtors' bankruptcy case, and requests that the Court grant this Motion to Redact Proof of Claim 8-1. The incorrect documents filed with Proof of Claim 8-1 were inadvertently attached to the Proof of Claim. There have been no objection filed to this claim and an amended Proof of Claim 8 has been filed.

This 7th day of February, 2023.

/s/ Kelli F. Marable
KELLI F. MARABLE
Bankruptcy Paralegal for The Business Backer

10856 Reed Hartman Highway, Ste. 100
Cincinnati, Ohio  45242
866-615-4747
kmarable@enova.com