UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Adam N. and Kira M. Delong, | : | Chapter 13 |
|  | : |  |
| Debtors. | : | Bky. No.  22-13446 (PMM) |

### ORDER DENYING MOTION TO REDACT

**AND NOW**, upon consideration of the creditor The Business Backer's Motion to Redact Proof of Claim No. 8-1 (doc. # 19, the "Motion"):

AND the Motion seeking to redact Proof of Claim 8-1, which has been superseded by an amended claim, Claim no. 8-2;

AND the Motion providing no basis for the redaction of information contained in Claim 8-1, see F.R.B.P 9037;

AND the Motion having not been filed by a licensed attorney;

BUT the law being well established that corporations must be represented by counsel in federal court, Dougherty v. Snyder, 469 F. App'x 71, 72 (3d Cir. 2012);

It is therefore hereby ordered that the Motion is **denied**.

Dated: 2/10/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**