United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 22-13446-pmm

Adam Nathan Delong                                                        Chapter 13

Kira Marie Delong

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Adam Nathan Delong, Kira Marie Delong, 1406 Nectarine Road, Danielsville, PA 18038-9748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Adam Nathan Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Kira Marie Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                          User: admin                          Page 2 of 2
Date Rcvd: Feb 10, 2023                       Form ID: pdf900                       Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Adam N. and Kira M. Delong, | : | **Chapter 13** |
| | : | |
| **Debtors.** | : | **Bky. No.   22-13446 (PMM)** |

_____

## <u>ORDER DENYING MOTION TO REDACT</u>

**AND NOW**, upon consideration of the creditor The Business Backer's Motion to

Redact Proof of Claim No. 8-1 (doc. # 19, the "Motion"):

AND the Motion seeking to redact Proof of Claim 8-1, which has been superseded by an

amended claim, Claim no. 8-2;

AND the Motion providing no basis for the redaction of information contained in Claim 8-

1, <u>see</u> F.R.B.P 9037;

AND the Motion having not been filed by a licensed attorney;

BUT the law being well established that corporations must be represented by counsel in

federal court, <u>Dougherty v. Snyder</u>, 469 F. App'x 71, 72 (3d Cir. 2012);

It is therefore hereby ordered that the Motion is **denied**.

Dated: 2/10/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**