United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13446-pmm |
| Adam Nathan Delong | Chapter 13 |
| Kira Marie Delong | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam Nathan Delong, Kira Marie Delong, 1406 Nectarine Road, Danielsville, PA 18038-9748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Adam Nathan Delong claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Kira Marie Delong claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Pentagon Federal Credit Union dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE: | |
| ADAM NATHAN DELONG<br>KIRA MARIE DELONG | Chapter 13<br>Case No. 22-13446-PMM |
| Debtors | |
| PENTAGON FEDERAL CREDIT UNION | |
| Movant | |
| v. | |
| ADAM NATHAN DELONG<br>KIRA MARIE DELONG<br>Debtors<br><br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, upon consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by Pentagon Federal Credit Union ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated, permitting Pentagon Federal Credit Union, and its successors and assigns, to exercise its rights under applicable law against the Property; and Pentagon Federal Credit Union is allowed to enforce the contract rights as it pertains to the 2018 Chrysler Pacifica VIN No. 2C4RC1BG2JR114510, to obtain possession of and/or dispose of the Property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtors and/or Debtors' counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

~~**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).~~

BY THE COURT:

*Patricia M. Mayer*

**Date: March 24, 2023**

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge