| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-13446-PMM

| | |
|---|---|
| Adam Nathan Delong | Petition Filed Date: 12/29/2022 |
| Kira Marie Delong | 341 Hearing Date: 02/07/2023 |
| 1406 Nectarine Road | Confirmation Date: |
| Danielsville  PA    18038 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2023 | $910.00 | | 03/06/2023 | $910.00 | | 04/10/2023 | $700.00 | |
| 05/12/2023 | $910.00 | | 06/22/2023 | $700.00 | | 07/31/2023 | $700.00 | |

**Total Receipts for the Period:  $4,830.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,912.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,525.00 | $0.00 | $4,525.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $3,545.45 | $0.00 | $0.00 |
| 2 | JOHN DEERE FINANCIAL »» 002 | Secured Creditors | $378.33 | $0.00 | $0.00 |
| 3 | ROCKET MORTGAGE LLC »» 003 | Mortgage Arrears | $2,661.64 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL »» 004 | Unsecured Creditors | $4,342.43 | $0.00 | $0.00 |
| 5 | US DEPARTMENT OF EDUCATION »» 005 | Unsecured Creditors | $42,413.96 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $64,426.60 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $4,212.82 | $0.00 | $0.00 |
| 8 | THE BUSINESS BACKER »» 008 | Unsecured Creditors | $8,219.20 | $0.00 | $0.00 |
| 9 | PENTAGON FEDERAL CREDIT UNION »» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PENTAGON FEDERAL CREDIT UNION »» 09U | Unsecured Creditors | $13,965.39 | $0.00 | $0.00 |
| 11 | SALLIE MAE »» 010 | Unsecured Creditors | $7,794.74 | $0.00 | $0.00 |
| 12 | GREENSKY LLC »» 011 | Unsecured Creditors | $3,105.80 | $0.00 | $0.00 |
| 13 | CITIZENS BANK NA »» 012 | Unsecured Creditors | $2,337.60 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $6,025.52 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $3,311.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13446-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,912.00 | Current Monthly Payment: | $1,082.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($318.00) |
| Paid to Trustee: | $513.88 | Total Plan Base: | $62,940.00 |
| Funds on Hand: | $5,398.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.