**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kira Marie Delong<br>Adam Nathan Delong<br>                Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                Movant<br>Vs. | NO. 22-13446 PMM |
| Kira Marie Delong<br>Adam Nathan Delong<br>                Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                Trustee | |

**ORDER**

AND NOW, this __25th__ day of __August__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*/s/ Patricia M. Mayer/*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge