United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13446-pmm |
| Adam Nathan Delong | Chapter 13 |
| Kira Marie Delong | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam Nathan Delong, Kira Marie Delong, 1406 Nectarine Road, Danielsville, PA 18038-9748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Adam Nathan Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Kira Marie Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Pentagon Federal Credit Union  dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 1

    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kira Marie Delong<br>Adam Nathan Delong<br><u>Debtor(s)</u> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br><u>Movant</u><br>Vs. | NO. 22-13446 PMM |
| Kira Marie Delong<br>Adam Nathan Delong<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><u>Trustee</u> | |

### ORDER

AND NOW, this __25th__ day of __August__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge