United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adam Nathan Delong  
Kira Marie Delong  
    Debtors

Case No. 22-13446-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 21, 2023      Form ID: 155      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam Nathan Delong, Kira Marie Delong, 1406 Nectarine Road, Danielsville, PA 18038-9748 |
| 14745561 | + | Delong Family Cleaning LLC, 1406 Nectarine Road, Danielsville, PA 18038-9748 |
| 14757234 | + | Pentagon Federal Credit Union, c/o DANIELLE BOYLE-EBERSOLE, Orlans PC, 200 Eagle Road, Suite 120 Wayne, PA 19087-3115 |
| 14747331 | + | Rocket Mortgage LLC f/k/a Quicken, Loans, LLC f/k/a Quicken Loans Inc., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14745572 | | Sallie Mae Inc, PO Box 3299, Wilmington, DE 19804 |
| 14753367 | + | The Business Backer, 10856 Reed Hartman Highway, Ste. 100, Cincinnati, OH 45242-0209 |
| 14745574 | + | Truist/GRNSKY/GS Loan SRV, 5565 Glenridge Connector, Atlanta, GA 30342-4756 |
| 14745575 | + | Upgrade Inc, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14745558 | + | Email/Text: backoffice@affirm.com | Sep 21 2023 23:46:00 | Affirm Inc, 650 California St - FL 12, San Francisco, CA 94108-2716 |
| 14745559 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 21 2023 23:45:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14745560 | + | Email/Text: bk@avant.com | Sep 21 2023 23:46:00 | Avant Inc., 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14762184 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 21 2023 23:45:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14745566 | | Email/Text: litbkcourtmail@johndeere.com | Sep 21 2023 23:45:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 14747517 | | Email/Text: litbkcourtmail@johndeere.com | Sep 21 2023 23:45:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 14745562 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 21 2023 23:46:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14745563 | + | Email/Text: mrdiscen@discover.com | Sep 21 2023 23:45:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14746470 | | Email/Text: mrdiscen@discover.com | Sep 21 2023 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14745564 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 21 2023 23:45:15 | FM/Citizens, 121 S 13th St - Ste 201, Lincoln, NE 68508 |
| 14762113 | | Email/Text: bankruptcy@greenskycredit.com | Sep 21 2023 23:46:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022 |
| 14745565 | + | Email/Text: bk@hughesfcu.org | Sep 21 2023 23:46:00 | Hughes FCU, PO Box 11900, Tucson, AZ 85734-1900 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 14745567 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2023 00:17:06 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14751061 | + | Email/Text: RASEBN@raslg.com | Sep 21 2023 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14762220 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:47:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745568 | + | Email/PDF: cbp@omf.com | Sep 21 2023 23:58:46 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14750907 | + | Email/PDF: cbp@omf.com | Sep 21 2023 23:59:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14745569 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14745570 | + | Email/Text: bkrgeneric@penfed.org | Sep 21 2023 23:45:00 | Pentagon Federal CU, PO Box 1432, Alexandria, VA 22313-1432 |
| 14745571 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 23:46:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14747253 | ^ | MEBN | Sep 21 2023 23:41:06 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14749074 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 23:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14745573 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:47:10 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14759891 | | Email/Text: ebn_bkrt_forms@salliemae.com | Sep 21 2023 23:46:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14763467 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:59:15 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:58:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14751010 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 21 2023 23:46:00 | US Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 35 |
| Date: Sep 23, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Adam Nathan Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Kira Marie Delong claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Pentagon Federal Credit Union dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Adam Nathan Delong and Kira Marie Delong

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−13446−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

55
Form 155