| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13446-PMM

Adam Nathan Delong                                    Petition Filed Date: 12/29/2022
Kira Marie Delong                                     341 Hearing Date: 02/07/2023
1406 Nectarine Road                                   Confirmation Date: 09/21/2023
Danielsville  PA     18038

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $1,082.00 | | 09/26/2023 | $1,082.00 | | 11/08/2023 | $1,082.00 | |
| 11/27/2023 | $1,082.00 | | 12/22/2023 | $1,082.00 | | 01/22/2024 | $1,082.00 | |
| 02/16/2024 | $1,082.00 | | 03/15/2024 | $1,082.00 | | 04/12/2024 | $1,082.00 | |
| 05/24/2024 | $1,082.00 | | 06/24/2024 | $1,082.00 | | 07/19/2024 | $1,082.00 | |

**Total Receipts for the Period: $12,984.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,896.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,525.00 | $4,525.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $3,545.45 | $618.25 | $2,927.20 |
| 2 | JOHN DEERE FINANCIAL »» 002 | Secured Creditors | $378.33 | $378.33 | $0.00 |
| 3 | ROCKET MORTGAGE LLC »» 003 | Mortgage Arrears | $2,661.64 | $2,661.64 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC »» 004 | Unsecured Creditors | $4,342.43 | $757.19 | $3,585.24 |
| 5 | US DEPARTMENT OF EDUCATION »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $4,212.82 | $734.59 | $3,478.23 |
| 8 | TH BUSINESS BACKER »» 008 | Unsecured Creditors | $8,219.20 | $1,433.19 | $6,786.01 |
| 9 | PENTAGON FEDERAL CREDIT UNION »» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PENTAGON FEDERAL CREDIT UNION »» 09U | Unsecured Creditors | $13,965.39 | $2,435.19 | $11,530.20 |
| 11 | SALLIE MAE »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GREENSKY LLC »» 011 | Unsecured Creditors | $3,105.80 | $541.57 | $2,564.23 |
| 13 | CITIZENS BANK NA »» 012 | Unsecured Creditors | $2,337.60 | $407.59 | $1,930.01 |
| 14 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $6,025.52 | $1,050.70 | $4,974.82 |

**Chapter 13 Case No. 22-13446-PMM**

| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $3,311.78 | $577.50 | $2,734.28 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,896.00 | Current Monthly Payment: | $1,082.00 |
| Paid to Claims: | $16,120.74 | Arrearages: | ($318.00) |
| Paid to Trustee: | $1,801.46 | Total Plan Base: | $62,940.00 |
| Funds on Hand: | $973.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.