| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13446-PMM

| | |
|---|---|
| Adam Nathan Delong | Petition Filed Date: 12/29/2022 |
| Kira Marie Delong | 341 Hearing Date: 02/07/2023 |
| 1406 Nectarine Road | Confirmation Date: 09/21/2023 |
| Danielsville  PA    18038 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | $1,082.00 | | 09/27/2024 | $1,082.00 | | 10/25/2024 | $1,082.00 | |
| 11/25/2024 | $1,082.00 | | 12/20/2024 | $1,082.00 | | 01/21/2025 | $1,082.00 | |
| 02/14/2025 | $1,082.00 | | 03/14/2025 | $1,082.00 | | 04/11/2025 | $1,082.00 | |
| 06/02/2025 | $1,082.00 | | 06/23/2025 | $1,082.00 | | 07/21/2025 | $1,082.00 | |

**Total Receipts for the Period: $12,984.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $31,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,525.00 | $4,525.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,545.45 | $1,555.29 | $1,990.16 |
| 2 | JOHN DEERE FINANCIAL<br>»» 002 | Secured Creditors | $378.33 | $378.33 | $0.00 |
| 3 | ROCKET MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $2,661.64 | $2,661.64 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»» 004 | Unsecured Creditors | $4,342.43 | $1,904.85 | $2,437.58 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $4,212.82 | $1,848.00 | $2,364.82 |
| 8 | THE BUSINESS BACKER<br>»» 008 | Unsecured Creditors | $8,219.20 | $3,605.46 | $4,613.74 |
| 9 | PENTAGON FEDERAL CREDIT UNION<br>»» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PENTAGON FEDERAL CREDIT UNION<br>»» 09U | Unsecured Creditors | $13,965.39 | $6,126.16 | $7,839.23 |
| 11 | SALLIE MAE<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GREENSKY LLC<br>»» 011 | Unsecured Creditors | $3,105.80 | $1,362.40 | $1,743.40 |
| 13 | CITIZENS BANK NA<br>»» 012 | Unsecured Creditors | $2,337.60 | $1,025.40 | $1,312.20 |
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $6,025.52 | $2,643.22 | $3,382.30 |

**Chapter 13 Case No. 22-13446-PMM**

| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $3,311.78 | $1,452.79 | $1,858.99 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,880.00 | Current Monthly Payment: | $1,082.00 |
| Paid to Claims: | $29,088.54 | Arrearages: | $764.00 |
| Paid to Trustee: | $2,791.45 | Total Plan Base: | $62,940.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.