Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Adam Nathan Delong
Kira Marie Delong
1406 Nectarine Road
Danielsville, PA 18038

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-13446-PMM**

Petition Filed Date: 12/29/2022
341 Hearing Date: 02/07/2023
Confirmation Date: 09/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $1,082.00 | | 09/12/2025 | $1,082.00 | | 10/13/2025 | $1,082.00 | |
| 11/21/2025 | $1,082.00 | | 12/19/2025 | $1,082.00 | | 01/16/2026 | $1,082.00 | |
| 02/13/2026 | $1,082.00 | | 03/13/2026 | $1,082.00 | | 04/27/2026 | $1,082.00 | |
| 05/22/2026 | $1,082.00 | | 06/22/2026 | $1,082.00 | | 07/17/2026 | $1,082.00 | |

**Total Receipts for the Period: $12,984.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $44,864.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,525.00 | $4,525.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,545.45 | $2,544.17 | $1,001.28 |
| 2 | JOHN DEERE FINANCIAL<br>»» 002 | Secured Creditors | $378.33 | $378.33 | $0.00 |
| 3 | ROCKET MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $2,661.64 | $2,661.64 | $0.00 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 004 | Unsecured Creditors | $4,342.43 | $3,116.06 | $1,226.37 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $4,212.82 | $3,023.06 | $1,189.76 |
| 8 | THE BUSINESS BACKER<br>»» 008 | Unsecured Creditors | $8,219.20 | $5,897.97 | $2,321.23 |
| 9 | PENTAGON FEDERAL CREDIT UNION<br>»» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PENTAGON FEDERAL CREDIT UNION<br>»» 09U | Unsecured Creditors | $13,965.39 | $10,021.38 | $3,944.01 |
| 11 | SALLIE MAE<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GREENSKY INC #3877<br>»» 011 | Unsecured Creditors | $3,105.80 | $2,228.69 | $877.11 |

**Chapter 13 Case No. 22-13446-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIZENS BANK NA<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $6,025.52 | $4,323.85 | $1,701.67 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $3,311.78 | $2,376.51 | $935.27 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,864.00 | Current Monthly Payment: | $1,082.00 |
| Paid to Claims: | $41,096.66 | Arrearages: | ($318.00) |
| Paid to Trustee: | $3,767.34 | Total Plan Base: | $62,940.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.